UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH HAM, | CIVIL DIVISION |
| Plaintiff, | |
| vs. | Case No. 24-CV-01715-MRH |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, | ELECTRONICALLY FILED |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Isaiah Ham and Defendant Higher Education Loan Authority of the State of Missouri, by and through their undersigned counsel, hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). Pursuant to Rule 41(a)(1)(A), dismissal of Plaintiff's claims with prejudice is appropriate.

WHEREFORE, the Parties hereby stipulate that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Emily S. Gomez-Hayes*
Emily S. Gomez-Hayes (PA ID# 206926)
Law Office of Emily Gomez, LLC
2011 Noble Street, Suite 201
Pittsburgh, PA 15218
412.378.5854 (*telephone*)
412.357.1564 (*facsimile*)
esg@egomezlaw.com
**Counsel for Plaintiff**

/s/ *Christopher Reese*
Christopher Reese (PA ID# 308939)
Stradley Ronon Stevens & Young LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
856.321.2408 (*telephone*)
215.564.8120 (*facsimile*)
creese@stradley.com
**Counsel for Defendant**

AND NOW, this 10th day of March, 2025
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH HAM, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 24-CV-01715-MRH |
| vs. | : | |
| | : | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, | : | ELECTRONICALLY FILED |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically served the foregoing Joint Stipulation of Dismissal upon all counsel of record using the CM/ECF system.

/s/ *Emily S. Gomez-Hayes*
Emily S. Gomez-Hayes